**EXHIBIT B**

38

AFFI|I033411|I029356

CRIMINAL COURT OF THE CITY OF NEW YORK
PART APAR, COUNTY OF QUEENS



| THE PEOPLE OF THE STATE OF NEW YORK | STATE OF NEW YORK |
|---|---|
| V. | COUNTY OF QUEENS |
| PARMANAND LUTAWAN (56Y) 15853037P  DEFENDANT | CR-006653-23QN |

POLICE OFFICER EMILIA KOWALCZYK OF 102TH PRECINCT, TAX REG#: 965245, BEING DULY SWORN, DEPOSES AND SAYS THAT ON OR ABOUT MARCH 1 2023 BETWEEN 6:00PM AND 8:40PM, INSIDE OF 111-02 ATLANTIC AVENUE, COUNTY OF QUEENS, STATE OF NEW YORK, THE DEFENDANT COMMITTED THE OFFENSE OF:

PL 215.50-3 [AM] CRIMINAL CONTEMPT IN THE SECOND DEGREE

---

PL 215.50-3 [AM] CRIMINAL CONTEMPT IN THE SECOND DEGREE
--- INTENTIONALLY DISOBEY OR RESIST A LAWFUL PROCESS OR OTHER MANDATE OF A COURT AND SUCH CASE DID NOT INVOLVE OR GROW OUT OF A LABOR DISPUTE AS DEFINED BY SUBDIVISION TWO OF SECTION SEVEN HUNDRED FIFTY-THREE OF THE JUDICIARY LAW.

THE ABOVE OFFENSE WAS COMMITTED AS FOLLOWS:

DEPONENT STATES THAT SHE IS INFORMED BY THE COMPLAINANT, RESHMA BHOOPERSAUD, THAT AT THE ABOVE-MENTIONED DATE AND TIME, SHE WAS INSIDE OF THE ABOVE-MENTIONED PLACE OF OCCURRENCE WHERE SHE OBSERVED, THE DEFENDANT, PARMANAND LUTAWAN, WHO IS HER BROTHER-IN-LAW, LOOK AT HER AND SIT DOWN IN FRONT OF HER.

DEPONENT FURTHER STATES THAT SHE HAS REVIEWED AN ORDER OF PROTECTION ISSUED ON BEHALF OF THE COMPLAINANT, RESHMA BHOOPERSAUD, BY JUDGE SARAH RAKOV OF THE ULSTER COUNTY FAMILY COURT, UNDER DOCKET NUMBER O-01789-22, ON SEPTEMBER 14, 2022, WHICH IS IN EFFECT UNTIL MARCH 14, 2023, AND WHICH STATES, AMONG OTHER THINGS, THAT THE DEFENDANT, PARMANAND LUTAWAN, IS TO STAY AWAY FROM THE COMPLAINANT, RESHMA BHOOPERSAUD, AS WELL AS HER HOME, SCHOOL, BUSINESS, AND PLACE OF EMPLOYMENT, REFRAIN FROM COMMUNICATION OR ANY CONTACT BY MAIL, TELEPHONE, E-MAIL, VOICE-MAIL OR OTHER MEANS WITH THE COMPLAINANT AND MUST REFRAIN FROM ASSAULT, MENACING, THREATENING, INTIMIDATING, STALKING, HARASSMENT, DISORDERLY CONDUCT, RECKLESS ENDANGERMENT AND ANY OTHER CRIMINAL OFFENSE AGAINST THE COMPLAINANT.

DEPONENT STATES THAT SHE HAS OBTAINED AND REVIEWED AN AFFIDAVIT OF SERVICE SIGNED BY DETECTIVE ROBERT SCAMILLO STATING THAT THE DEFENDANT



AFFR1033411110293156

LUTAWAN,PARMANAND  Q23608862
WAS SERVED PERSONALLY BY DETECTIVE SCAMILLO ON SEPTEMBER 23, 2022.

FALSE STATEMENTS MADE IN THIS DOCUMENT ARE PUNISHABLE AS A CLASS A MISDEMEANOR PURSUANT TO SECTION 210.45 OF THE PENAL LAW

03/09/2023  PO [signature]
DATE           SIGNATURE

SWORN TO BEFORE ME ON THE
DAY OF

_____
DATE        SIGNATURE